**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**HOMESAFE INSPECTION, INC.**                                                     **PLAINTIFF**

VS.                                                     CIVIL ACTION NO. 3:13-cv-201-SAA

**ASSURED HOME INSPECTION, INC. and**
**CHARLES R. RUSSELL, individually**                                      **DEFENDANT**

### PLAINTIFF's RULE 41 NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

COMES NOW the Plaintiff, HOMESAFE INSPECTION, INC. ("Plaintiff" or "Homesafe"), and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, without prejudice, all causes of action in the complaint as against Defendants Assured Home Inspection, Inc. and Charles R. Russell.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment. Therefore, dismissal under Rule 41(a)(1)(A)(i) is appropriate.

This, the 28th day of August, 2013.

Respectfully Submitted,

**HOMESAFE INSPECTION, INC.**

BY: /s/ Stephan Land McDavid
STEPHAN LAND MCDAVID (MSB #8380)
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I, Stephan Land McDavid, do hereby certify that I have this day caused to be delivered via United States Postal Service, postage prepaid, a true and correct copy of the above and foregoing to the following:

> Assured Home Inspection, Inc.
> c/o National Registered Agents, Inc.
> 645 Lakeland East Drive, Suite 101
> Flowood, MS 39232
>
> Charles R. Russell
> 2311 Evergreen Street
> Tupelo, MS 38801

THIS, the 28th day of August, 2013.

/s/ Stephan McDavid
STEPHAN LAND MCDAVID